**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ANTONIO ALAYO HERNANDEZ**          **CIVIL ACTION NO.  26-1935 SEC P**

**VERSUS**                                        **JUDGE EDWARDS**

**ICE ERO NEW ORLEANS ET AL**       **MAG. JUDGE CAROL B. WHITEHURST**

## <u>ORDER</u>

Before the Court is a Motion for Temporary Restraining Order ("TRO") (R. Doc. 2) filed by the habeas Petitioner in this case, Antonio Alayo Hernandez ("Petitioner"). After careful consideration of the Motion and the applicable law, it is **DENIED**.

The basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition immediately. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025)). The Court will not allow Petitioner to skip to the front of the Court's habeas docket. Because the preliminary relief sought—immediate release—mirrors the ultimate relief sought in the habeas Petition, and because the arguments for both are the same, the Motion is **DENIED**. This matter is hereby referred to the Magistrate for the issuance of an briefing schedule and further disposition.

**THUS DONE AND SIGNED** this 9th day of June, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE